**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2345**

KRISTIE LEANNE SLUDER, Foster Mother,

Plaintiff - Appellant,

v.

R. PATRICK BENTANCOURT, Director Macon County DSS; STACEY JENKINS, Social Worker III, Macon County DSS; LISA CAULEY, Director Division of Social Services NCDHHS; MACON COUNTY DEPARTMENT OF SOCIAL SERVICES, BOARD OF DIRECTORS,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:20-cv-00135-MOC-WCM)

Submitted:  May 27, 2021                                Decided:  August 27, 2021

Before KING, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kristie Leanne Sluder, Appellant Pro Se.  Zachary Scott Anstett, Raleigh, North Carolina, Patrick Houghton Flanagan, CRANFILL SUMNER, LLP, Charlotte, North Carolina; Colleen M. Crowley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristie Leanne Sluder appeals the district court's order and judgment dismissing her civil rights complaint. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*